602

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HENRY KINGSTON, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DOLORES GOODWIN, Appellant.— Motion granted and time for argument of appeals enlarged to include March 1960 Term of court, on condition that original records and briefs are filed and served on or before February 9, 1960.

■ In the Matter of PHILIP GOLDFINGER, Petitioner, against STATE LIQUOR AUTHORITY, Respondent.— Appeal from order entered December 16, 1959 dismissed, without costs, upon consent; appeal from order of October 2, 1959 dismissed unless record and briefs are filed and served on or before February 1, 1960.

■ CITIES SERVICE OIL COMPANY, Respondent, v. 307 SUMMER ST., INC., et al., Appellants.— Appeal dismissed unless supplemental record is filed and served on or before February 1, 1960.

■ EVERYBODY'S PUBLISHING COMPANY, INC., Appellant, v. FAWCETT PUBLICATIONS, INC., Respondent.— Motion granted and order dismissing appeal pursuant to rule X of the Appellate Division, Fourth Department Rules vacated, upon condition original record is filed on or before February 1, 1960.

■ In the Matter of the Probate of the Will of CHARLES E. STACER, Deceased; LINCOLN ROCHESTER TRUST CO., Appellant; C. BURTON NEWMAN et al., Respondents.— Motion to dismiss appeal denied.

■ VILLAGE OF VICTOR, Appellant, v. JOSEPH ANGELO et al., Respondents. — Motion to dismiss appeal denied.

■ JAMES C. HEANEY, Appellant, v. COUNTY OF ERIE et al., Respondents. — Motion granted to appeal on typewritten papers.

■ HARRY A. SHAEFFER, Respondent, v. ARTHUR R. LERCH, Appellant.— Motion granted to appeal on typewritten papers.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SYRACUSE MILK DEALERS, INC., et al., Appellants.— Motion to dismiss appeal denied. We pass upon no other question.

■ REGINA E. FOLEY, an Infant, Respondent, v. GREYHOUND CORP., Appellant.— Appeal dismissed unless original record is filed on or before January 26, 1960 and appellant's brief filed and served on or before February 9, 1960.